# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

PETER BALDSCHUN, Individually and §
as Surviving Spouse and Administrator of §
the Estate of MALLORY PYLES §
BALDSCHUN, deceased and as Natural §
Guardian and Next Friend of O.B., H.B., §
and E.B., Minor Children; and PETER §
BALDSCHUN, Individually and as §
Natural Guardian and Next Friend of H.B., §
a Minor Child § Case No. 1:19-cv-00049-PLR-CHS
§
Plaintiff, §
§
v. §
§
ACTION RESOURCES, LLC, §
CABB NORTH AMERICA, INC., §
CABB GmbH, and §
JAMES ANDREW WILSON, II, §
§
Defendants. §

## CABB NORTH AMERICA, INC.'S NOTICE OF WITHDRAW OF COUNSEL

Pursuant to Eastern District of Tennessee Local Rule 83.4(f), Defendant CABB North America, Inc. notifies the Court that attorney Neil Brunetz of the law firm of Miller & Martin PLLC hereby files this Notice of Withdrawal as counsel for CABB North America, Inc. C. Crews Townsend, Haley E. Moody and W. Randall Wilson of the law firm of Miller & Martin PLLC will continue as counsel of record for CABB North America, Inc.

Respectfully submitted September 11, 2019.

Respectfully submitted.

**MILLER & MARTIN PLLC**

*/s/ C. Crews Townsend*
C. CREWS TOWNSEND
TN Bar No. 12274
W. RANDALL WILSON
TN Bar No. 9852
HALEY E. MOODY
TN Bar No. 33446
832 Georgia Avenue. Suite 1200
Chattanooga, Tennessee 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
crews.townsend@millermartin.com
haley.moody@millermartin.com

**MCGINNIS LOCHRIDGE LLP**

MICHAEL A. SHAUNESSY
Federal Bar No. 14377
Texas Bar No. 18134550
MARCUS V. EASON
Federal Bar No. 2609087
Texas Bar No. 24092374
600 Congress Ave., Suite 2100
Austin, Texas 78701-2986
mshaunessy@mcginnislaw.com
meason@mcginnislaw.com

*Counsel for Defendant CABB North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record via the Court's CM/ECF system.

*/s/ C. Crews Townsend*